FILED

06 SEP -8 AM 8:55

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT KYLE, African National / World Citizen, Spokesperson for the unincorporated Corporation ROOSEVELT KYLE,<br><br>Petitioner,<br>vs.<br>UNITED STATES OF AMERICA,<br>Respondent. | CASE NO. 06CV427-H<br><br>**ORDER RE PETITIONER'S SUBMISSION** |

On September 26, 2002, a jury found Petitioner Roosevelt Kyle guilty of four counts of violating 26 U.S.C. § 7203 for willfully failing to file income tax returns from 1996 to 1990. On December 8, 2003, the Court sentenced Petitioner. On March 11, 2005, the Ninth Circuit affirmed Petitioner's conviction. Subsequently, Petitioner filed motions attacking his sentence. As Petitioner's conviction had become final, the Court issued an options order pursuant to <u>Castro v. United States</u>, 540 U.S. 375 (2003). On March 17 2006, after submitting numerous documents which were not responsive to the Court's order, Petitioner filed a motion which the Court construed as a petition for writ of habeas corpus under 28 U.S.C. § 2255. Petitioner submitted documents which the Court construed as a traverse on June 2, 2006. On August 12, 2006, Petitioner submitted a document which, among other things, referenced plea negotiations and

settlement. Under Fed. R. Crim. P. 11(c)(1), the sentencing Court must not participate in plea negotiations. See U.S. v. Bruce, 976 F.2d 552, 555-56 (9th Cir. 1992). Additionally, the Court is immune from suit under the federal common law rule of judicial immunity. See Kohlrautz v. Oilmen Participation Corp., 441 F.3d 827, 832 (9th Cir. 2006). Therefore, the Court **DECLINES** to take action regarding Plaintiff's submission.

IT IS SO ORDERED.

Dated: 9/7/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
Roosevelt Kyle, Pro Se
Prisoner # 83029-198
P.O. Box 7001 A2A
Taft, CA 93268

U.S. Attorney's Office
Criminal Division, Room 6293
880 Front Street
San Diego, CA 92101